United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE CRISTIAN NAVARRETE-NAVARRETE<br>"Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00702 |
| | § | |
| MIGUEL VERGARA, *et al.*,<br>"Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Notice Petitioner Removed From the U.S. by Jose Cristian Navarrete-Navarrete" (Dkt. No. 3) ("Notice"). By his Notice, Counsel for Petitioner notifies the Court that Petitioner has been physically removed from the United States and is no longer in the custody of the Department of Homeland Security. Dkt. No. 3 at 2. For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's release from detention renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 27, 2026

Rolando Olvera
United States District Judge